FILED
 2010 Feb-10  PM 04:09
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHANNDRA ISOM-LAW,** | } |
| Plaintiff, | } |
| v. | } CASE NO. 2:09-cv-1102-SLB |
| **DIRECT CAPITAL CORPORATION RECOVERY and COLLECTION SERVICES,** a corporation, | } |
| Defendant. | } |

## ORDER

This case is before the court on the Joint Motion to Dismiss filed on February 8, 2010. (Doc. 15.)[1] The court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs.

**DONE**, this 10th day of February, 2010.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.